CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Greg.Addington@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHIVA PATHY BANGALORE PRAKASH and HANNAH DAWN PRAKASH,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, United States Secretary of Homeland Security, et. al.,<br><br>Defendants. | 2:21-cv-736-JCM-VCF<br><br>JOINT STATUS REPORT AND REQUEST TO RETAIN STAY OF PROCEEDINGS |

In accordance with the Order (#7) entered July 1, 2021, the parties submit the following status report and jointly request the previously-ordered stay of this action be retained based on the following:

1. Plaintiffs filed their complaint (#1) on May 4, 2021. The complaint seeks to compel agency decision-making regarding plaintiffs' pending applications for immigration relief; specifically, the Petition for Alien Relative (form I-130), Application to Adjust Status (form I-485), and Application for Employment Authorization (form I-765) – collectively referred to herein as the "pending immigration applications."

2. By stipulated order (#7) entered July 1, 2021, this action was stayed with the expectation that further action would be taken by appropriate officials within USCIS to advance the pending immigration applications to eventual adjudications.

3. USCIS conducted an interview of Mr. Prakash on September 1, 2021. It is anticipated USCIS will issue a request for additional evidence within the next two weeks, requesting designated factual and evidentiary support for the immigration relief being sought by plaintiffs – at which time plaintiffs will have 90 days to respond to the request for additional evidence. Following receipt of plaintiffs' response to the anticipated request for additional evidence and USCIS's evaluation of the materials pertaining to the pending immigration applications, USCIS is expected to promptly make agency decisions on the pending immigration applications and advise plaintiffs accordingly.

4. Accordingly, the parties jointly request the Court retain the stay previously approved for this action, staying this matter pending resolution or final adjudication of the pending immigration applications and holding in abeyance all litigation-related deadlines, including the deadline for the defendants to file a response to the complaint.

5. The parties propose to file joint status report no later than January 14, 2022, to further advise the Court regarding the processing of the pending immigration applications.

  /s/ Luther Snavely                                    /s/ Greg Addington
LUTHER SNAVELY, ESQ.                          GREG ADDINGTON
Counsel for Plaintiffs                                 Assistant United States Attorney
                                                                   Counsel for Federal Defendants

IT IS SO ORDERED

Date: September 20, 2021.

_____
JAMES C. MAHAN
SENIOR UNITED STATES DISTRICT JUDGE