CHRISTOPHER CHIOU
Assistant United States Attorney

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHIVA PATHY BANGALORE PRAKASH and HANNAH DAWN PRAKASH,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, United States Secretary of Homeland Security, et. al.,<br><br>Defendants. | Case No. 2:21-cv-736-JCM-VCF<br><br>**Joint Status Report [ECF No. 7]** |

The parties respectfully request to extend the stay of this case for an additional 60 days because the parties are continuing to engage in the administrative process and additional time is needed for that to be completed. The parties will jointly submit another status report or, depending on the administrative outcome, a briefing schedule to proceed with the litigation within 60 days, or no later than March 14, 2022.

Respectfully submitted this 4th day of January 2022.

/s/ Luther Snavely
LUTHER SNAVELY, ESQ.
Counsel for Plaintiff

/s/ Brianna Smith
BRIANNA SMITH
Counsel for Defendants

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
SENIOR UNITED STATES DISTRICT JUDGE

DATED: January 5, 2022