1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 14853
3
   BRIANNA SMITH
4  Assistant United States Attorney
   Nevada Bar No. 11795
5  501 Las Vegas Blvd. So., Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   Brianna.Smith@usdoj.gov
7
   *Attorneys for the United States*
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SHIVA PATHY BANGALORE PRAKASH and HANNAH DAWN PRAKASH,<br><br>           Plaintiffs,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, in his official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, TRACY RENAUD, in her official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive,<br><br>           Defendants. | Case No. 2:21-cv-736-JCM-VCF<br><br>**Stipulation and Order to Dismiss Plaintiffs' Complaint without prejudice** |

///

///

///

///

///

///

///

1. It is hereby stipulated by and between the Plaintiffs, Shiva Pathy Bangalore Prakash and Hannah Dawn Prakash, through their counsel of record, and the United States of America, on behalf of the above named Federal Defendants, through its counsel of record, that Plaintiffs' lawsuit against the Defendants be dismissed, without prejudice, with each party to bear their own fees and costs.

Dated this 25th day of January 2022.

| | |
|---|---|
| REZA ATHARI & ASSOCIATES | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>*Attorney for Plaintiffs* | /s/ Brianna Smith<br>BRIANNA SMITH<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

**DATED** February 17, 2022.

_____
**UNITED STATES DISTRICT JUDGE**